```
1    Danning Jiang, Esq. (CA BAR No. 196985)
     LAW OFFICES OF DANNING JIANG
2    271 North First Street
     San Jose, California 95113
3    Tel.: (408) 299-0800
     Fax: (408) 299-0300
4    E-mail: djiang@jianglawgroup.com

5    Attorneys for Plaintiff Neoteric Solution Inc. d/b/a Wowparts
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOTERIC SOLUTION INC. D/B/A WOWPARTS,<br><br>            Plaintiff,<br><br>   v.<br><br>DONGGUAN HOSOWELL TECHNOLOGY CO., LTD., HOSOWELL (HK) TECHNOLOGY CO., LTD., and DOES 1 to 100, inclusive,<br><br>            Defendants. | **Case No.: C-15-5145 EDL**<br><br>PLAINTIFF'S THIRD UPDATED CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER<br><br>Date:   August 2, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Elizabeth D. Laporte<br>Place:  Courtroom E, 15th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA 94102 |

Pursuant to Civil Local Rule 16-9 and the Standing Order for All Judges of the Northern District of California, Plaintiff Neoteric Solution Inc., DBA WowParts (hereinafter "Plaintiff") submits its THIRD UPDATED Case Management Statement in anticipation of the initial Case Management Conference on August 2, 2016.

   **1.    Process of Service:**

Both Defendants have not been served. They are located in P.R. China.

On January 25, 2016, Plaintiff's counsel requested the China Ministry of Justice to serve both Defendants through the Hague Convention process. From that time through yesterday, Plaintiff's counsel has sent numerous emails to the point of contact in the Ministry. Each time,

1

1  the point of contact advised that counsel should wait for notices in the mail.  The Hague
2  Convention process involves with the People's Court.  Once the People's Court affects the service
3  of process on the Defendants, the People's Court will transfer the file back to the Ministry and the
4  Minstry will send out notices to counsel.  It is expected that the service may be achieved in the
5  next 1-2 months.

6  **17.   Scheduling**

7  Plaintiff will propose a schedule after Defendants have been served and appeared.

9  Based on the foregoing, Plaintiff respectfully requests the Court to continue the CMC for
10  two months.  In the interim, Plaintiff agrees to promptly file any return proof of service upon
11  receipt of such documents from the China authority.

14  DATED: July 26, 2016                          LAW OFFICES OF DANNING JIANG

16                                                By:      /s/ Danning Jiang
                                                           Danning Jiang, Esq.

17                                                Attorneys for Plaintiff
                                                  Neoteric Solution Inc. d/b/a
18                                                Wowparts

1 **CASE MANAGEMENT ORDER**

3   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the August 2, 2016 Case Management Conference is continued to  September 27, 2016 , 2016, at  10:00  a.m., in Courtroom E.  Plaintiff shall file an updated Case Management Statement no later than one week prior to the next scheduled Case Management Conference.  Plaintiff's request to appear by phone at the conference set for August 2 is denied as moot.

   IT IS SO ORDERED.

Dated:  July 27, 2016                    *Elijah D. Laporte*
                                          UNITED STATES ~~DISTRICT~~ JUDGE
                                                    Magistrate

---

3

PLAINTIFF'S 3rd UPDATED CASE MANAGEMENT STATEMENT